# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA-49 | F5238697 | L. BROWN | 2345 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☑ USC ☐ State Code |
|---|---|
| 05/25/2021 1630 | 21 USC 844 |

Place of Offense: 2N07 / PHILPOT CT

Offense Description: Factual Basis for Charge — HAZMAT ☐
POSSESSION PARAPHERNALIA / CLANDESTINE DRUG LAB

### DEFENDANT INFORMATION

Last Name: GREEN   First: JASON   MI: A

Street Address: [redacted]

Tag No: 3410SC1  State: CA  Year: 12  Make/Model: DODG 2500  Color: BLK

APPEARANCE IS REQUIRED — A ☑ If Box A is checked, you must appear in court.

APPEARANCE IS OPTIONAL — B ☐

Forfeiture Amount: $
+ $30 Processing Fee
PAY THIS AMOUNT AT → www.cvb.uscourts.gov
Total Collateral Due: $

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: TBD   Date: ___   Time: ___

X Defendant Signature: [signed]

Original - CVB Copy



*F5238697*   FS-5300-4 (1/2020)

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 05/25/21, 20__ while exercising my duties as a law enforcement officer in the EASTERN District of CA

The foregoing statement is based upon:
☑ my personal observation    / my personal investigation
☑ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/25/2022
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ___
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident